UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THELMA BLAND, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:10CV263 HEA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |
|   Defendant, | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation, of Magistrate Judge Terry I. Adelman, that Defendant's Motion to Reverse and Remand, [Doc. No. 22], be granted. The parties are in agreement that this matter should be remanded for further review by the Commissioner. The Court therefore adopts Judge Adelman's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed.

**IT IS FURTHER ORDERED** that this matter is remanded to the Commissioner for further proceedings.

A separate judgment in accordance with this Opinion, Memorandum and

Order is entered this same date.

Dated this 27th day of October, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE