UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THELMA BLAND, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:10CV263 HEA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |
|    Defendant, | ) |

## **JUDGMENT**

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed and this matter is remanded to the Commissioner for further proceedings.

Dated this 27th day of October, 2010.

_____
    HENRY EDWARD AUTREY
  UNITED STATES DISTRICT JUDGE